UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAISY BELL INFANTE,

                Plaintiff,

    -against-

FRANK BISIGNANO, Commissioner of Social Security,

                Defendant.

25-CV-6098 (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, the plaintiff's filing in this case remains due as scheduled.

DATED: October 3, 2025
          New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge