UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAISY BELL INFANTE,<br><br>                Plaintiff,<br><br>   -against-<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>                Defendant. | 25-CV-6098 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

On October 27, 2025, Plaintiff filed a motion for judgement on the pleadings. The Government's opposition shall be filed by **January 13, 2026.** Plaintiff's reply brief shall be filed by **January 27, 2026.**

DATED: November 19, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge